IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JAME RODRIGUEZ-RAMIREZ,<br><br>      Defendant. | 8:22CR44<br><br>ORDER |

  **THIS MATTER** is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Jame Rodriguez-Ramirez (Filing No. 20). Thomas M. Petersen has filed an entry of appearance as retained counsel for Jame Rodriguez-Ramirez. Therefore, Julie B. Hansen's motion to withdraw (Filing No. 20) will be granted.

  Julie B. Hansen shall forthwith provide Thomas M. Petersen any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Jame Rodriguez-Ramirez's defense.

  The clerk shall provide a copy of this order to Thomas M. Petersen.

  **IT IS SO ORDERED.**

  Dated this 7th day of March, 2022.

                        BY THE COURT:

                        s/ Susan M. Bazis
                        United States Magistrate Judge