IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:22 CR 00044 |
| | ) | |
| Plaintiff, | ) | MOTION FOR |
| | ) | PERMISSION TO SEAL |
| vs. | ) | |
| | ) | |
| JAME RODRIGUEZ-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Jame Rodriguez-Ramirez, by and through his attorney Thomas Petersen, and requests permission from the Court to seal the Motion for Downward Variance, Brief and Sentencing Memorandum due to the sensitive nature of the information set forth therein.

WHEREFORE, the Defendant respectfully prays this Court seal the Motion for Downward Variance, Brief and Sentencing Memorandum and for such other relief as the Court may deem just and equitable.

Dated: January 3, 2023.

Jame Rodriguez-Ramirez, Defendant

/S/Thomas M. Petersen
Petersen Law Offices
11930 Arbor Street, Suite 201
Omaha, Nebraska 68144
Tel: (402) 393-8080
Email: Tpetersen@plollc.com

Certificate of Service

I hereby certify that on January 3, 2023 I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska CM/ECF system, which will send notification of such filing to the following:

United States Attorney's Office
Christopher Ferretti, AUSA
1620 Dodge Street, Suite 1400
Omaha, NE 68102

/s/ Thomas M. Petersen